No. 32,309

ANNA FERNANDEZ, *Appellee*, v. THE SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD, a Fraternal Benefit Association, *Appellant.*

(50 P. 2d 1149)

Opinion on rehearing filed November 9, 1935.

*George R. Allen, Richard F. Allen,* both of Topeka, and *James M. Meek,* of Kansas City, for the appellant.

*Lee Judy* and *James H. Barnes,* both of Kansas City, for the appellee.

*Per Curiam:* A rehearing was allowed in this case. It was set down for argument. New briefs were filed and a vigorous oral argument was had. This court has reëxamined the authorities cited and reconsidered the entire record. No reason appears why the original decision of affirmance should be disturbed, and it is adhered to.